UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:21-cv-03084-DMG-MAA**                                    Date: **November 18, 2021**

Title      *Cherry v. Holm*

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  Narissa Estrada  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Re: Dismissal for Lack of Prosecution

   Petitioner is ordered to show cause, in writing, **no later than December 20, 2021**, why this action should not be dismissed for lack of prosecution.

   If Petitioner files either (1) a written response to the Court's attached August 24, 2021 Order, or (2) a notice of voluntary dismissal (form attached), the Order to Show Cause will be discharged, and no additional action need be taken.

   **Petitioner is cautioned that failure to respond to this Order by December 20, 2021 may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1.**

   It is so ordered.

Attachments
Form Notice of Dismissal (CV-09)
Court's August 24, 2021 Order (ECF No. 11)